UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>SHAUNYAE ALLEN,<br><br>                Defendant. | Case No. CR23-025-TL<br><br>ORDER DENYING EMERGENCY MOTION FOR TEMPORARY RELEASE |

## I.    INTRODUCTION

This matter is before the Court on Defendant Shaunyae Allen's Emergency Motion for Furlough to Attend His Brother's Funeral Service. (Dkt. # 234.) Mr. Allen seeks permission to attend his brother's funeral, scheduled for June 29, 2024, in Chicago. (*Id.* at 2.) The government opposes Mr. Allen's motion. (Dkt. # 235.)

Mr. Allen entered a plea of guilty and has been adjudged guilty of conspiracy to distribute controlled substance. (Dkt. ## 185, 191.) Sentencing is scheduled for August 15, 2024. (Dkt. # 233.) Mr. Allen faces a mandatory statutory minimum sentence of ten years. (Dkt. # 184 at 2.) Citing the pretrial services report, the government notes that Mr. Allen was on bond on state charges of domestic violence as well as under state Department of Corrections supervision

for a prior drug offense when he committed the instant offense. (Dkt. # 235 at 2.) The government also notes Mr. Allen's criminal history includes numerous failures to appear for court. (*Id.* at 3.)

Mr. Allen contends the Court should grant a furlough because he was very close to his brother, grieves his passing, and should be allowed to gather with his family to honor his brother's life. (Dkt. # 234 at 3.) In support, Mr. Allen submitted a medical examiner's death certificate indicating his brother passed away on June 3, 2024. (Dkt. # 234-1.)

A prisoner may be released for a limited period for a purpose such as "attending a funeral of a relative" if such release is "consistent with the public interest" and "there is reasonable cause to believe that a prisoner will honor the trust to be imposed in him[.]" 18 U.S.C. § 3622(a)(2). The Court finds Mr. Allen fails to establish temporary release would be appropriate here. His history of committing crimes while on supervised release, history of failure to appear, the lengthy minimum sentence he faces, and the lack of any release plan, all weigh against granting temporary release.

Accordingly, Mr. Allen's motion is DENIED. The Clerk is directed to send copies of this order to the parties and to the Honorable Tana Lin.

Dated this 26th day of June, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER DENYING EMERGENCY MOTION FOR
TEMPORARY RELEASE - 2